

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-12-0530-CV

_____

In the Interest of M.P., W.P. and G.P., Children

On Appeal from the County Court at Law No. 2
Potter County, Texas
Trial Court No. 76,959-2, Honorable Pamela Sirmon, Presiding

April 23, 2013

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this court is a motion to dismiss the appeal signed by both appellant and her attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.